UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Phillip Beverly, et al.
          Plaintiff,

v.                 Case No.: 1:14–cv–04970
                 Honorable Joan B. Gottschall

Wayne D. Watson, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 22, 2015:

  MINUTE entry before the Honorable Joan B. Gottschall: Due to the time constraints imposed by the Civil Justice Reform Act, the portion of the order [52] referring the plaintiffs' motion for a preliminary injunction [42] to the magistrate judge for a report and recommendation is vacated. The remainder of the referral shall stand. Status is set for 7/24/2015 at 9:30 a.m. in Courtroom 1858 to discuss proceedings relating to the plaintiffs' motion. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.