## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Phillip Beverly, et al.

Plaintiff,

v.

Case No.:<br>1:14–cv–04970<br>Honorable Andrea<br>R. Wood

Chicago State University Board of Trustees, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 5, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Consent Motion to stay action [284] is granted. Enter order. The motion presentment date of 10/9/2018 is stricken; parties need not appear. Status hearing set for 10/24/2018 remains firm.If a stipulation to dismiss is filed prior to the next status date, the hearing will be stricken. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.