# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| PHILLIP BEVERLY, et al., | ) | |
| Plaintiffs, | ) ) ) | No. 14-cv-04970 |
| v. | ) ) | Judge Andrea R. Wood |
| WAYNE D. WATSON, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the parties' Notice of Settlement and Consent Motion to Stay Action. Having read and considered the consent motion, it is hereby

**ORDERED** that this action shall be stayed, and it is

**FURTHER ORDERED** that on or before October 24, 2018, the parties shall notify the Court of the status of their settlement discussions and the timing for plaintiffs to file a motion to voluntarily dismiss this action.

**SO ORDERED** this 5th day of October, 2018.

_____
Andrea R. Wood
United States District Judge