## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Phillip Beverly, et al.

                    Plaintiff,

v.                                                  Case No.: 1:14–cv–04970
                                                    Honorable Andrea R. Wood

Wayne D. Watson, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 19, 2019:

        MINUTE entry before the Honorable Andrea R. Wood: Plaintiffs' motion for voluntary dismissal with prejudice [294] is granted. This case is now dismissed with prejudice. Motion hearing set for 3/19/2019 is stricken; parties need not appear. The case remains closed. Mailed notice (aw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.